## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 2nd day of December, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Arthur R. Metz, Controller
*Valley Tire Co., Inc.*
15 McKean Avenue
Charlerol, PA 15022

_____
Mary E. Augustine (No. 4477)